

**NAILAH K. BYRD**
**CUYAHOGA COUNTY CLERK OF COURTS**
**1200 Ontario Street**
**Cleveland, Ohio 44113**

## Court of Common Pleas

**New Case Electronically Filed: COMPLAINT**
**December 3, 2021 11:20**

By: LARRY S. KLEIN 0001139

Confirmation Nbr. 2418124

ANGELO CAPRIATO

vs.

TOPGOLF USA CL, LLC, ET AL

CV 21 956678

**Judge:** DAVID T. MATIA

**Pages Filed:** 8

Ex. A

# THE COURT OF COMMON PLEAS
# CUYAHOGA COUNTY, OHIO

| | | |
|---|---|---|
| **ANGELO CAPRIATO**<br>**14827 Detroit Road, Suite 122**<br>**Lakewood, Ohio 44107**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**TOPGOLF USA CL, LLC**<br>**5820 Rockside Woods Blvd North**<br>**Independence, Ohio 44131**<br><br>**Please Also Serve:**<br>**CT CORPORATION SYSTEM**<br>**4400 Easton Commons Way**<br>**Suite 125**<br>**Columbus, Ohio 43219**<br>***Statutory Agent***<br><br>**-and-**<br><br>**TG HOLDINGS, LLC**<br>**2532 Laurelhurst Road**<br>**University Hts., Ohio 44118**<br><br>**Please also serve:**<br>**TONY IOFFE**<br>**1620 Belwood Road**<br>**South Euclid, Ohio 44121**<br>***Statutory Agent***<br><br>**Defendants.** | ) | **CASE NO.:**<br><br>**JUDGE:**<br><br>**COMPLAINT – TRIAL BY JURY DEMANDED.** |

Electronically Filed 12/03/2021 11:20 / / CV 21 956678 / Confirmation Nbr. 2418124 / CLJSZ

**FIRST CLAIM**

1. At all times pertinent, Defendant Topgolf USA CL, LLC (hereinafter "Topgolf") has been a Delaware Corporation doing business as "Topgolf" in the State of Ohio at multiple locations, including at the premises known as 5820 Rockside Woods Blvd., North, in Independence, Ohio (hereinafter "the premises.")

2. At all times pertinent, Defendant TG Holdings, LLC (hereinafter "TG Holdings") has been an Ohio Corporation doing business at the premises.

3. At all times pertinent, Defendant Topgolf and Defendant TG Holdings have been the registered liquor permit holders at the premises.

4. On or about October 27, 2020, Plaintiff Angelo Capriato was a patron at the premises.

5. At all times pertinent, Plaintiff Angelo Capriato exercised reasonable care and caution for his own safety.

6. On or about October 27, 2020, Plaintiff Angelo Capriato was struck by a golf club that had been swung by another patron, whose identity is unknown (hereinafter "The Unknown Patron.")

7. Defendant Topgolf is aware of the identity of The Unknown Patron, but has refused to reveal his identity.

8. The Unknown Patron is a resident of the State of Ohio.

9. The Unknown Patron was visibly intoxicated at the time of the incident.

10. The Unknown Patron had been served intoxicating beverages at the premises by employees, agents and/or servants of Topgolf.

**11.** Defendant Topgolf and/or Defendant TG Holdings, by and through agents, servants and/or employees, sold, served, furnished, or otherwise provided beer and/or intoxicating liquor to The Unknown Patron on October 27, 2020.

**12.** Defendant Topgolf and/or Defendant TG Holdings, through both acts of omission and acts of commission, by and through employees, agents, servants, officers and/or directors, negligently, recklessly, willfully and/or wantonly directly and proximately caused Plaintiff's injuries as described more fully hereinafter.

**13.** At the time that Defendant Topgolf and/or Defendant TG Holdings, by and through agents and employees, sold, served, furnished, or otherwise provided beer and/or intoxicating liquor to The Unknown Patron on October 27, 2020, he was visibly intoxicated.

**14.** By selling, serving, furnishing or otherwise providing beer and/or intoxicating liquor to The Unknown Patron on October 27, 2020 when he was visibly intoxicated, Defendant Topgolf and/or Defendant TG Holdings, by and through agents and employees, violated State and/or local laws and ordinances, including, but not limited to, R.C. §4301.22.

15. By selling, serving, furnishing or otherwise providing beer and/or intoxicating liquor to The Unknown Patron on October 27, 2020 when he was visibly intoxicated, Defendant Topgolf and/or Defendant TG Holdings, by and through agents and employees, were negligent (and/or negligent *per se*), for which they are liable pursuant to R.C. §4399.18.

Electronically Filed 12/03/2021 11:20 / / CV 21 956678 / Confirmation Nbr. 2418124 / CLJSZ

**16.** The intoxication of The Unknown Patron, and the negligent, willful and/or wanton conduct of Defendant Topgolf and/or Defendant TG Holdings, by and through agents and employees, directly and proximately caused Plaintiff's injuries, damages, harms and losses as set forth more fully hereinafter.

**17.** As a direct and proximate result of the negligent, reckless and/or wanton conduct of Defendant Topgolf and/or Defendant TG Holdings, Plaintiff Angelo Capriato sustained multiple serious injuries, including torn ligaments in his left shoulder, as well as other injuries to his back and neck and to other parts of his body; suffered other serious complications and risks; incurred past medical, hospital, and related expenses for treatment of his injuries; suffered an impairment and a loss of his ability to function, work, enjoy life, and perform his usual activities; is expected to and/or will incur future medical expenses; has endured and will continue to endure in the future significant pain and suffering, both physical and psychological in nature; suffered various other out-of-pocket losses and expenses; and is expected to suffer additional losses, pain, suffering, and damages in the future.

**SECOND CLAIM**

**18.** Plaintiff hereby incorporates by reference each and every allegation contained in the First Claim of this Complaint as if fully rewritten herein.

**19.** Defendant Topgolf and/or Defendant TG Holdings, by and through agents and employees, were negligent and breached one or more of the following common law and/or statutory duties owed to Plaintiff:

a. Duty to use due, ordinary or reasonable care for the safety and security of patrons, including Plaintiff;

b. Duty to use due, ordinary or reasonable care to protect patrons, including Plaintiff, from unreasonably hazardous or dangerous conditions including, without limitation, unruly or intoxicated patrons;

c. Duty to use due, ordinary or reasonable care to keep the premises in a safe, orderly and secure condition;

d. Duty to provide reasonable, adequate and appropriate security for patrons, including Plaintiff;

e. Duty to provide reasonable and appropriate warnings to patrons, including Plaintiff;

f. Duty to refuse service or entry to intoxicated patrons, including The Unknown Patron;

g. Duty to expel intoxicated patrons, including The Unknown Patron;

h. Duty to make reasonable investigations to discover hazardous or dangerous conditions on the premises, including unruly or intoxicated patrons;

i. Duty to warn or protect patrons from injury caused by foreseeable acts of other patrons, including The Unknown Patron;

j. Duty to develop, implement, take, and enforce reasonable, necessary and proper steps to prevent or protect against injury to patrons, including Plaintiff,

Electronically Filed 12/03/2021 11:20 / / CV 21 956678 / Confirmation Nbr. 2418124 / CLJSZ

caused by the acts, negligent, reckless, willful, wanton, intentional or otherwise, of other patrons, including The Unknown Patron;

k. Duty to hire, train, supervise, retain and authorize employees and agents who can and will implement, take, and enforce reasonable, necessary and proper steps to prevent or protect against injury to patrons, including Plaintiff, caused by the acts, negligent, reckless, willful, wanton, intentional or otherwise, of other patrons, including The Unknown Patron;

l. Duty to protect patrons against known and/or foreseeable hazards, including, but not limited to, flying golf clubs or golf balls;

m. Duty to warn patrons of known and/or foreseeable hazards, including, but not limited to, flying golf clubs or golf balls; and

n. Duty to warn patrons of hidden dangers of which Topgolf had superior knowledge.

**20.** The aforesaid negligence of Defendant Topgolf and/or Defendant TG Holdings, by and through agents and employees, was a direct and proximate cause of Plaintiff's injuries, damages, harms and losses as set forth in more detail in the First Claim of this Complaint, for which Defendant Topgolf and/or Defendant TG Holdings, by and through agents and employees, are jointly and severaly liable.

Electronically Filed 12/03/2021 11:20 / / CV 21 956678 / Confirmation Nbr. 2418124 / CLJSZ

**WHEREFORE**, Plaintiff prays for the following relief:

**1.** Plaintiff Angelo Capriato prays for judgment against Defendant Topgolf for compensatory damages in excess of Twenty Five Thousand and 00/100 Dollars ($25,000.00);

**2.** Plaintiff Angelo Capriato prays for judgment against Defendant TG Holdings for compensatory damages in excess of Twenty Five Thousand and 00/100 Dollars ($25,000.00); and

**3.** Plaintiff prays for costs, attorneys fees, prejudgment interest and for such other relief to which he is entitled by law.

**Christopher J. Carney #0062066**
**KLEIN & CARNEY CO., LPA**
**3333 Richmond Road, Suite 150**
**Cleveland, Ohio 44122**
**216.861-0111**
**fax: 216.468-0455**
**chris@kleincarneylaw.com**

**Larry S. Klein #0001139**
**KLEIN & CARNEY CO., LPA**
**3333 Richmond Road, Suite 150**
**Cleveland, Ohio 44122**
**216.861-0111**
**fax: 216.468-0455**
**larry@kleincarneylaw.com**

Candace M. Wahba #0099588
KLEIN & CARNEY CO., LPA
3333 Richmond Road, Suite 150
Cleveland, Ohio 44122
216.861-0111
fax: 216.468-0455
candace@kleincarneylaw.com

**JURY DEMAND**

Plaintiff hereby demand a trial by jury comprised of the maximum number of jurors allowed by law.

Christopher J. Carney #0062066
Larry S. Klein #0001139
Candace M. Wahba #0099588
KLEIN & CARNEY CO., LPA

CLEVELAND, OHIO 44113

| CASE NO. | | SUMMONS NO. |
|---|---|---|
| CV21956678 | D1 CM | 46163460 |

Rule 4 (B) Ohio

Rules of Civil Procedure

# SUMMONS

ANGELO CAPRIATO — PLAINTIFF

VS

TOPGOLF USA CL, LLC, ET AL — DEFENDANT

TOPGOLF USA CL, LLC
5820 ROCKSIDE WOODS BLVD NORTH
INDEPENDENCE OH 44131

You have been named defendant in a sums complaint (copy attached hereto) filed in Cuyahoga County Court of Common Pleas, Cuyahoga County Justice Center, Cleveland, Ohio 44113, by the plaintiff named herein.

You are hereby summoned and required to answer the complaint within 28 days after service of this summons upon you, exclusive of the day of service.

Said answer is required to be served on Plaintiff's Attorney (Address denoted by arrow at left.)

Your answer must also be filed with the court within 3 days after service of said answer on plaintiff's attorney.

If you fail to do so, judgment by default will be rendered against you for the relief demanded in the complaint.

**Said answer is required to be served on:**

Plantiff's Attorney

LARRY S KLEIN
3333 RICHMOND ROAD

SUITE 150
BEACHWOOD, OH 44122

**Case has been assigned to Judge:**

DAVID T MATIA
**Do not contact judge. Judge's name is given for attorney's reference only.**

COMMON PLEAS COURT * CUYAHOGA COUNTY, OHIO *

NAILAH K. BYRD
Clerk of the Court of Common Pleas

| DATE SENT |
|---|
| Dec 3, 2021 |

By ______________________
Deputy

COMPLAINT FILED 12/03/2021

:N130

UNITED STATES POSTAL SERVICE

Date Produced: 12/13/2021

CERTIFIED MAIL SOLUTIONS INC.:

The following is the delivery information for Certified Mail™/RRE item number 9314 8001 1300 3545 8849 39. Our records indicate that this item was delivered on 12/09/2021 at 10:24 a.m. in INDEPENDENCE, OH 44131. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient : **5800 ROCKSIDE WOODS BLVD N INDEPENDENCE, OH 44131**

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number: Case CV21956678
CV21956678 P48162460 / TOPGOLF USA CL LLC / 2021-12-15 05:13
Sent To: 5820 ROCKSIDE WOODS BLVD NORTH INDEPENDENCE, OH 44131

CLEVELAND, OHIO 44113

| CASE NO. | | SUMMONS NO. |
|---|---|---|
| CV21956678 | D1 CM | 46163461 |

Rule 4 (B) Ohio

Rules of Civil Procedure

# SUMMONS

ANGELO CAPRIATO **PLAINTIFF**
VS
TOPGOLF USA CL, LLC, ET AL **DEFENDANT**

TOPGOLF USA CL, LLC
CT CORPORATION SYSTEM
4400 EASTON COMMONS WAY, SUITE 125
COLUMBUS OH 43219-0000

**You have been named defendant in a sums complaint (copy attached hereto) filed in Cuyahoga County Court of Common Pleas, Cuyahoga County Justice Center, Cleveland, Ohio 44113, by the plaintiff named herein.**

**You are hereby summoned and required to answer the complaint within 28 days after service of this summons upon you, exclusive of the day of service.**

**Said answer is required to be served on Plaintiff's Attorney (Address denoted by arrow at left.)**

**Your answer must also be filed with the court within 3 days after service of said answer on plaintiff's attorney.**

**If you fail to do so, judgment by default will be rendered against you for the relief demanded in the complaint.**

**Said answer is required to be served on:**

**Plantiff's Attorney**

LARRY S KLEIN
3333 RICHMOND ROAD

SUITE 150
BEACHWOOD, OH 44122

**Case has been assigned to Judge:**

DAVID T MATIA
**Do not contact judge. Judge's name is given for attorney's reference only.**

**NAILAH K. BYRD**
**Clerk of the Court of Common Pleas**

By______________________
**Deputy**

**DATE SENT**
Dec 3, 2021

COMPLAINT FILED 12/03/2021

N130

UNITED STATES
POSTAL SERVICE

Date Produced: 12/13/2021

CERTIFIED MAIL SOLUTIONS INC.:

The following is the delivery information for Certified Mail™/RRE item number 9314 8001 1300 3545 8849 53. Our records indicate that this item was delivered on 12/09/2021 at 11:10 a.m. in COLUMBUS, OH 43224. The scanned image of the recipient information is provided below.

Signature of Recipient :

Delivery Section
Signature X
Printed Name David D Kelley

Address of Recipient :

Delivery Address 4400 Easton Comm. Ste 125

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number: Case CV21956678

CV21956678 / 48163461 / TORGOLF USA CL LLC / 2021-12-15 05:13
Sent To: CT CORPORATION SYSTEM 4400 EASTON COMMONS WAY, SUITE 125 COLUMBUS, OH 432190000

CLEVELAND, OHIO 44113

| CASE NO. | | SUMMONS NO. |
|---|---|---|
| CV21956678 | D2 CM | 46163462 |

Rule 4 (B) Ohio

Rules of Civil Procedure

# SUMMONS

ANGELO CAPRIATO **PLAINTIFF**
**VS**
TOPGOLF USA CL, LLC, ET AL **DEFENDANT**

TG HOLDINGS, LLC
2532 LAURELHURST ROAD
UNIVERSITY HEIGHTS OH 44118

**You have been named defendant in a sums complaint (copy attached hereto) filed in Cuyahoga County Court of Common Pleas, Cuyahoga County Justice Center, Cleveland, Ohio 44113, by the plaintiff named herein.**

**You are hereby summoned and required to answer the complaint within 28 days after service of this summons upon you, exclusive of the day of service.**

**Said answer is required to be served on Plaintiff's Attorney (Address denoted by arrow at left.)**

**Your answer must also be filed with the court within 3 days after service of said answer on plaintiff's attorney.**

**If you fail to do so, judgment by default will be rendered against you for the relief demanded in the complaint.**

**Said answer is required to be served on:**

**Plantiff's Attorney**

LARRY S KLEIN
3333 RICHMOND ROAD

SUITE 150
BEACHWOOD, OH 44122

**Case has been assigned to Judge:**

DAVID T MATIA
**Do not contact judge. Judge's name is given for attorney's reference only.**

COMMON PLEAS COURT * CUYAHOGA COUNTY OHIO *

**NAILAH K. BYRD**
Clerk of the Court of Common Pleas

**DATE SENT**
Dec 3, 2021

By________________________
Deputy

COMPLAINT FILED 12/03/2021

N130

UNITED STATES
POSTAL SERVICE

Date Produced: 12/13/2021

CERTIFIED MAIL SOLUTIONS INC.:

The following is the delivery information for Certified Mail™/RRE item number 9314 8001 1300 3545 8849 60. Our records indicate that this item was delivered on 12/08/2021 at 12:39 p.m. in CLEVELAND, OH 44118. The scanned image of the recipient information is provided below.

Signature of Recipient : (Authorized Agent)

COVID-19 (AT)
H.T. Agent

Address of Recipient :

2532 Laurelhurst Rd

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

CV21956678 / 48163462 / TG HOLDINGS, LLC / 2021-12-15 05:13
Customer Reference Number: Case - CV21956678
Sent To: 2532 LAURELHURST ROAD UNIVERSITY HEIGHTS, OH 44118



CERTIFIED MAIL™
UnitedStatesPostalService®
NAILAH K. BYRD
1200 Ontario
Cleveland, OH 44113
Case# CV21956678
RETURN RECEIPT REQUESTED ELECTRONICALLY
9314 8001 1300 3545 8849 60
US POSTAGE PITNEY BOWES
ZIP 44102 $ 006.53⁰
02 4W
0000367348 DEC 06 2021
Return to Sender
DEC 17 2021
To whom this may concern
this company
does not
reside at this
address.
Thank you!
TG HOLDINGS, LLC
2532 LAURELHURST RD
UNIVERSITY HEIGHTS OH 44118-4612

CLEVELAND, OHIO 44113

| CASE NO. | | SUMMONS NO. |
|---|---|---|
| CV21956678 | D2 CM | 46163463 |

Rule 4 (B) Ohio

Rules of Civil Procedure

# SUMMONS

ANGELO CAPRIATO — PLAINTIFF

VS

TOPGOLF USA CL, LLC, ET AL — DEFENDANT

TG HOLDINGS, LLC
TONY IOFFE, STATUTORY AGENT
1620 BELWOOD ROAD
SOUTH EUCLID OH 44121-0000

Said answer is required to be served on:

Plantiff's Attorney

LARRY S KLEIN
3333 RICHMOND ROAD

SUITE 150
BEACHWOOD, OH 44122

Case has been assigned to Judge:

DAVID T MATIA
Do not contact judge. Judge's name is given for attorney's reference only.

You have been named defendant in a sums complaint (copy attached hereto) filed in Cuyahoga County Court of Common Pleas, Cuyahoga County Justice Center, Cleveland, Ohio 44113, by the plaintiff named herein.

You are hereby summoned and required to answer the complaint within 28 days after service of this summons upon you, exclusive of the day of service.

Said answer is required to be served on Plaintiff's Attorney (Address denoted by arrow at left.)

Your answer must also be filed with the court within 3 days after service of said answer on plaintiff's attorney.

If you fail to do so, judgment by default will be rendered against you for the relief demanded in the complaint.

COMMON PLEAS COURT · CUYAHOGA COUNTY · OHIO

NAILAH K. BYRD
Clerk of the Court of Common Pleas

| DATE SENT |
|---|
| Dec 3, 2021 |

By ____________________
Deputy

COMPLAINT FILED 12/03/2021

SN130





**NAILAH K. BYRD**
**CUYAHOGA COUNTY CLERK OF COURTS**
**1200 Ontario Street**
**Cleveland, Ohio 44113**

## Court of Common Pleas

**AMENDED COMPLAINT $75**
**January 4, 2022 17:11**

By: CANDACE WAHBA 0099588

Confirmation Nbr. 2440641

ANGELO CAPRIATO

vs.

TOPGOLF USA CL, LLC, ET AL

CV 21 956678

**Judge:** DAVID T. MATIA

**Pages Filed:** 8

# THE COURT OF COMMON PLEAS
# CUYAHOGA COUNTY, OHIO

| | |
|---|---|
| **ANGELO CAPRIATO**<br>**14827 Detroit Road, Suite 122**<br>**Lakewood, Ohio 44107**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**TOPGOLF USA CL, LLC, et al.**<br><br>**Defendants,**<br><br>**-and-**<br><br>**TG HOLDINGS I, LLC**<br>**8750 North Central Expressway**<br>**Suite 1200**<br>**Dallas, Texas 75231**<br><br>**New Party Defendant.** | **CASE NO.: CV 21 956678**<br><br>**JUDGE: David T. Matia**<br><br>**PLAINTIFF'S FIRST AMENDED COMPLAINT – TRIAL BY JURY DEMANDED.** |

Now comes Plaintiff Angelo Capriato, pursuant to Ohio Civil Rule 15, having not received a responsive pleading to the Complaint, states as follows for his First Amended Complaint, adding New Party Defendant TG Holdings I, LLC.

**FIRST CLAIM**

1. At all times pertinent, Defendant Topgolf USA CL, LLC (hereinafter "Topgolf") has been a Delaware Corporation doing business as "Topgolf" in the State of Ohio, at multiple locations, including at the premises known as 5820 Rockside Woods Blvd., North, In Independence, Ohio (hereinafter "the premises").

**2.** At all times pertinent, Defendant TG Holdings, LLC has been an Ohio Corporation doing business at the premises.

**3.** At all times pertinent, New Party Defendant TG Holdings I, LLC has been a Texas Corporation doing business at the premises.

**4.** At all times pertinent, Defendants Topgolf, TG Holdings, and/or New Party Defendant TG Holdings I, LLC have been the registered liquor permit holders at the premises.

**5.** On or about October 27, 2020, Plaintiff Angelo Capriato was a patron at the premises.

**6.** At all times pertinent, Plaintiff Angelo Capriato exercised reasonable care and caution for his own safety.

**7.** On or about October 27, 2020, Plaintiff Angelo Capriato was struck by a golf club that had been swung by another patron, whose identity is unknown (hereinafter "The Unknown Patron.")

**8.** Defendant Topgolf is aware of the identity of The Unknown Patron but has refused to reveal his identity.

**9.** The Unknown Patron is a resident of the State of Ohio.

**10.** The Unknown Patron was visibly intoxicated at the time of the incident.

**11.** The Unknown Patron had been served intoxicating beverages at the premises by employees, agents and/or servants of Topgolf.

**12.** Defendants Topgolf, TG Holdings, and/or New Party Defendant TG Holdings I, LLC, by and through agents, servants and/or employees, sold, served, furnished, or otherwise provided beer and/or intoxicating liquor to The Unknown Patron on October 27, 2020.

**13.** Defendants Topgolf, TGI Holdings, and/or New Party Defendant TG Holdings I, LLC, through both acts of omission and acts of commission, by and through employees, agents, servants, officers, and/or directors negligently, recklessly, willfully and/or wantonly directly and proximately caused Plaintiff's injuries as described more fully hereinafter.

**14.** At the time that Defendants Topgolf, TG Holdings, and/or TG Holdings I, LLC by and through agents and/or employees, sold, served, furnished, or otherwise provided beer and/or intoxicating liquor to The Unknown Patron on October 27, 2020, when he was visibly intoxicated.

**15.** By selling, serving, furnishing or otherwise providing beer and/or intoxicating liquor to The Unknown Patron on October 27, 2020, when he was visibly intoxicated, Defendants Topgolf, TG Holdings, and/or New Party Defendant TG Holdings I, LLC, by and through agents and/or employees, violated State and/or local laws and ordinances, including, but not limited to R.C. § 4301.22.

**16.** By selling, serving, furnishing, or otherwise providing beer and/or intoxicating liquor to The Unknown Patron on October 27, 2020, when he was visibly intoxicated, Defendants Topgolf, TG Holdings, and/or New Party Defendant TG Holdings I, LLC, by and through agents and/or employees, were negligent (and/or negligent *per se*), for which they are liable pursuant to R.C. § 4399.18.

**17.** The intoxication of The Unknown Patron, and the negligent, willful and/or wanton conduct of Defendants Topgolf, TG Holdings, and/or New Party Defendant TG Holdings I, LLC, by and through agents and/or employees, directly and proximately caused Plaintiff's injuries, damages, harms and losses as set forth more fully hereinafter.

**18.** As a direct and proximate result of the negligent, reckless and/or wanton conduct of Defendants Topgolf, TG Holdings, and/or New Party Defendant TG Holdings I, LLC, Plaintiff Angelo Capriato sustained multiple series injuries, including torn ligaments in his left shoulder, as well as other injuries to his back and neck and to other parts of his body; suffered other serious complications and risks; incurred past medical, hospital, and related expenses for treatment of his injuries; suffered an impairment and a loss of his ability to function, work, enjoy life, and perform his usual activities; is expected to and/or will incur future medical expenses; has endured and will continue to endure in the future significant pain and suffering, both physical and psychological in nature; suffered various other out-of-pocket losses and expenses; and is expected to suffer additional losses, pain, suffering, and damages in the future.

**SECOND CLAIM**

**19.** Plaintiff hereby incorporates by reference each and every allegation contained in the First Claim of this Complaint as if fully rewritten herein.

**20.** Defendants Topgolf, TG Holdings, and/or New Party Defendant TG Holdings I, LLC by and through agents and/or employees, were negligent and breached one or more of the following common law and/or statutory duties owed to Plaintiff.

**a.** Duty to use due, ordinary, or reasonable care for the safety and security of patrons, including Plaintiff;

**b.** Duty to use due, ordinary, or reasonable care to protect patrons, including Plaintiff, from unreasonably hazardous or dangerous conditions including, without limitation, unruly or intoxicated patrons;

    c. Duty to use due, ordinary, or reasonable care to keep the premises in a safe, orderly and secure condition;

d. Duty to provide reasonable, adequate, and appropriate security for patrons, including Plaintiff;

e. Duty to provide reasonable and appropriate warnings to patrons, including Plaintiff;

f. Duty to refuse service or entry to intoxicated patrons, including The Unknown Patron;

g. Duty to expel intoxicated patrons, including The Unknown Patron;

h. Duty to make reasonable investigations to discover hazardous or dangerous conditions on the premises, including unruly or intoxicated patrons;

i. Duty to warn or protect patrons from injury caused by foreseeable acts of other patrons, including The Unknown Patron;

j. Duty to develop, implement, take, and enforce reasonable, necessary and proper steps to prevent or protect against injury to patrons, including Plaintiff, caused by the acts, negligent, reckless, willful, wanton, intentional or otherwise, of other patrons, including The Unknown Patron;

**k.** Duty to hire, train, supervise, retain and authorize employees and agents who can and will implement, take and enforce reasonable, necessary and proper steps to prevent or protect against injury to patrons, including Plaintiff, caused by the acts, negligent, reckless, willful, wanton, intentional or otherwise, of other patrons, including The Unknown Patron;

**l.** Duty to protect patrons against known and/or foreseeable hazards, including, but not limited to, flying golf clubs or golf balls;

**m.** Duty to warn patrons of known and/or foreseeable hazards, including, but not limited to, flying golf clubs or golf balls; and

**n.** Duty to warn patrons of hidden dangers of which Topgolf had superior knowledge.

**21.** The aforesaid negligent of Defendants Topgolf, TG Holdings, and/or New Party Defendant TG Holdings I, LLC, by and through agents and employees, was a direct and proximate cause of Plaintiff's injuries, damages, harms and losses as set forth in more detail in the First Claim of this Complaint, for which Defendants Topgolf, TG Holdings, and/or TG Holdings I, LLC, by and through agents and employees, are jointly and severally liable.

**WHEREFORE**, Plaintiff prays for the following relief:

**1.** Plaintiff Angelo Capriato prays for judgement against Defendant Topgolf for compensatory damages in excess of Twenty Five Thousand and 00/100 Dollars ($25,000.00);

**2.** Plaintiff Angelo Capriato prays for judgement against Defendant TG Holdings for compensatory damages in excess of Twenty Five Thousand and 00/100 Dollars ($25,000.00);

**3.** Plaintiff Angelo Capriato prays for judgement against Defendant TG Holdings I, LLC for compensatory damages in excess of Twenty Five Thousand and 00/100 Dollars ($25,000.00); and

**4.** Plaintiff prays for costs, attorneys fees, prejudgment interest and for such other relief to which he is entitled by law.

**Christopher J. Carney #0062066**
**Larry S. Klein #0001139**
**Candace M. Wahba #0099588**
**KLEIN & CARNEY CO., LPA**
**3333 Richmond Road, Suite 150**
**Cleveland, Ohio 44122**
**216.861-0111**
**fax: 216.468-0455**
**chris@kleincarneylaw.com**
**larry@kleincarneylaw.com**
**candace@kleincarneylaw.com**

**JURY DEMAND**

Plaintiff hereby demand a trial by jury comprised of the maximum number of jurors allowed by law.

**Christopher J. Carney #0062066**
**Larry S. Klein #0001139**
**Candace M. Wahba #0099588**
**KLEIN & CARNEY CO., LPA**